UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

-vs-                                                     Case # 07-20348

                                                     Hon. Paul Borman

JONATHAN HALL,

      Defendant.
_____/

**ORDER EXTENDING REPORT DATE**

At a session of said Court held in the city
of Detroit, Wayne County, Michigan on

            1/11/08

PRESENT:  PAUL D. BORMAN

This matter having been brought before the Court pursuant to Defendant's request to extend his report date, the government having no object to said request, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Defendant Hall's report date be extended from January 22, 2008 until February 25, 2008.

                                                        s/Paul D. Borman
                                                        PAUL D. BORMAN
                                                        UNITED STATES DISTRICT JUDGE

Dated: January 11, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 11, 2008.

                                                s/Denise Goodine
                                                Case Manager

Approved as to substance and form:

s/ Diane Marion
Diane Marion, AUSA