UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                   Case No. 07-20348

-vs-

                                   Hon. PAUL BORMAN

JONATHAN HALL,

       Defendant.
_____/

## ORDER EXTENDING REPORT DATE

       At a session of said Court held in the city of Detroit, Wayne County, Michigan on
_____

       PRESENT: HON. PAUL BORMAN

This matter having been brought before the Court pursuant to Defendant's request to extend his report date to complete the last details of re-financing his properties, the government having no objection to said request, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Defendant's report date be extended from March 31, 2008 until April 14, 2008.

                                                            S/Paul D. Borman_____
                                                            PAUL D. BORMAN
                                                            UNITED STATES DISTRICT JUDGE

Dated: March 27, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 27, 2008.

        S/Denise Goodine
        Case Manager

        Respectfully submitted,

        s/ Steven Fishman
        STEVEN FISHMAN (P23049)
        Attorney for Defendant
        615 Griswold, Suite #1125
        Detroit, MI 48226
        (313) 962-4090